IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 09-cv-00266-REB-BNB

GLENN DAVIS,

    Plaintiff,

v.

ARISTEDES ZAVARAS, Director CDOC,
COLORADO DEPARTMENT OF CORRECTIONS,
JIM MOORE, Offender Services,
LT. PIPER, DOC Employee, Limon, CO
MAJOR WILLIAM BRUNELL, CDOC Employee, Buena Vista, CO,
JAMES LANDER, CDOC Mental Health Employee, Canon City, CO, and
BURL McCULLAR, SOTMP Program Manager, CDOC Mental Health Employee, Canon City, CO,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 27 2009

GREGORY C. LANGHAM
CLERK

---

### ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

---

**Blackburn, J.**

    This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

    2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore,

that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated February 27, 2009, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00266-REB-BNB

Glenn Davis
Prisoner No. 123974
Buena Vista Corr. Facility
PO Box 2017
Unit East 1N12
Buena Vista, CO 81211

Aristedes Zavaras, Colorado Department of Corrections, Jim Moore,
Lt. Piper, Major William Brunell, James Lander, and Burl McCullar– **WAIVER***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Aristedes Zavaras, Colorado Department of Corrections, Jim Moore, Lt. Piper, Major William Brunell, James Lander, and Burl McCullar: AMENDED COMPLAINT FILED 2/23/09, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 2/27/09

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk