IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00266-REB-BNB

GLENN DAVIS,

Plaintiff,

v.

ARISTEDES ZAVARAS, Director CDOC,
COLORADO DEPARTMENT OF CORRECTIONS,
JIM MOORE, Offender Services,
LT. PIPER, DOC Employee, Limon, CO,
MAJOR WILLIAM BRUNELL, Limon, CO,
JAMES LANDER, CDOC Mental Health Employee, Canon City, CO, and
BURL MCCULLAR, SOTMP Program Manager, CDOC Mental Health Employee, Canon City,
CO,

Defendants.

_____

**ORDER**

_____

This matter is before me on **Plaintiff's Motion Requesting this Court to "Refer" this**

**Case for Representation** [Doc. #67, filed 08/24/2010] (the "Motion").  The plaintiff requests

that the court "refer" his case to the Faculty of Federal Advocates "that will 'assist' Plaintiff in

locating counsel to represent Plaintiff."  The Motion is DENIED.

I do not refer cases directly to the Faculty of Federal Advocates.  I have broad discretion,

however, to direct the Clerk of the Court to attempt to obtain volunteer counsel for a plaintiff in

a civil case.  See DiCesare v. Stuart, 12 F.3d 973, 979 (10th Cir. 1993).  The Faculty of Federal

Advocates is one of the resources used by the Clerk of the Court to obtain volunteer counsel.

This is the plaintiff's fourth request for representation.  For the reasons stated in my

orders dated June 26, 2009 [Doc. #25] and November 18, 2009 [Doc. #33], the request is denied.

IT IS ORDERED that the Motion [Doc. # 67] is DENIED.

Dated September 9, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge