**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00266-REB-BNB

GLENN DAVIS,

    Plaintiff,

v.

ARISTEDES ZAVARAS, Director CDOC,
COLORADO DEPARTMENT OF CORRECTIONS,
JIM MOORE, Offender Services,
LT. PIPER, DOC Employee, Limon, CO
MAJOR WILLIAM BRUNELL, CDOC Employee, Buena Vista, CO,
JAMES LANDER, CDOC Mental Health Employee, Canon City, CO, and
BURL McCULLAR, SOTMP Program Manager, CDOC Mental Health Employee, Canon City, CO,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    This matter is before me on the following:(1) the **Defendants' Motion for Summary Judgment** [#61][1] filed July 29, 2010; and (2) the **Recommendation of United States Magistrate Judge** [#72] filed November 10, 2010. I approve and adopt the recommendation and grant the motion for summary judgment.

    Between November 24, 2010, and January 26, 2011, the court granted the plaintiff three extensions of time to file objections to the recommendation. The last extension of time to file objections expired on February 21, 2011. The plaintiff has not

---

[1] "[#61]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

filed objections and has not filed anything in this case since his final request for an extension of time [#77], which was filed on January 25, 2011.

Because the plaintiff is proceeding *pro se*, I have construed his pleadings and other filings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See Erickson v. Pardus**, 551 U.S. 89, 94 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).  The plaintiff did not file objections to the recommendation and, therefore, I review the recommendation only for plain error.  **See Morales-Fernandez v. Immigration & Naturalization Service**, 418 F.3d 1116, 1122 (10th Cir. 2005).[2]  Finding no error, much less plain error, in the magistrate judge's recommended disposition, I approve and adopt the recommendation and grant the motion for summary judgment.

The plaintiff's two remaining claims concern restrictions on reading materials he is allowed to have in prison and his claim that defendant, Aristedes Zavaras, has been deliberately indifferent to the plaintiff's safety because the plaintiff is housed in circumstances in which the plaintiff faces a risk of assault from other inmates.  I agree with the magistrate judge's analysis of the pending motion for summary judgment with regard to both of these claims.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#72] filed November 10, 2010, is **APPROVED** and **ADOPTED** as an order of this court;

2. That the **Defendants' Motion for Summary Judgment** [#61] filed July 29,

---

[2] This standard pertains even though plaintiff is proceeding *pro se* in this matter.  **Morales-Fernandez**, 418 F.3d at 1122.

2010, is **GRANTED**;

      3.  That the plaintiff's two remaining claims, claim one and claim three, are **DISMISSED WITH PREJUDICE**;

      4.  That **JUDGMENT SHALL ENTER** in favor of the defendants, Aristedes Zavaras, James Lander, and Burl McCullar, against the plaintiff, Glenn Davis;

      5.  That the defendants are **AWARDED** their costs to be taxed by the Clerk of the Court under FED. R. CIV. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

      6.  That this case is **CLOSED**.

Dated February 23, 2011, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge